**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff,* | § | Case No. 7:25-cv-00378-DC-DTG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

**DEFENDANT GOOGLE LLC'S STATUS REPORT REGARDING MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. §1404(A) & GOOGLE LLC'S MOTION TO DISMISS**

TO THE HONORABLE COURT:

Pursuant to the Court's Standing Order Governing Proceedings (OGP) 4.4—Patent Cases, Defendant Google LLC ("Google") hereby notifies the Court that its motion to transfer ("Google's Motion to Transfer") (Dkt. 27-2) was fully briefed as of March 27, 2026 (Dkt. 59). Plaintiff Headwater Research, LLC ("Headwater") filed its opposition to Google's Motion to Transfer on March 13, 2026 (Dkt. 53), and Google filed its reply on March 27, 2026 (Dkt. 60). On May 13, 2026, Headwater filed an Administrative Motion for Leave to File a Sur-Reply (Dkt. 73). Google filed an opposition to this request (Dkt.75). The Markman hearing for this case is currently set for June 24, 2026. Dkt. 68.

Google also notifies the Court that Google's Motion to Dismiss (Dkt. 35) is fully briefed and ripe for adjudication. Plaintiff Headwater filed its opposition to Google's Motion to Dismiss on January 12, 2026 (Dkt. 43), and Google filed its reply on January 26, 2026 (Dkt. 46). Thus, briefing on Google's Motion to Dismiss closed on January 26, 2026.

DATED:  May 27, 2026                        Respectfully Submitted,


JACKSON WALKER LLP                          PAUL HASTINGS LLP

  Nathaniel St. Clair, II                  By: */s/ Robert W. Unikel*
  Tex. Bar No. 24071564                       Robert W. Unikel
  nstclair@jw.com                             Ill. Bar No. 6216974
  2323 Ross Avenue, Suite 600                 robertunikel@paulhastings.com
  Dallas, Texas 75201                         Grayson S. Cornwell (*pro hac vice*)
  Telephone:  (214) 953-6000                  IL Bar No. 6338845
  Facsimile:  (214) 953-5822                  71 South Wacker Drive, Suite 4500
                                              Chicago, IL 60606
  Paige Vonne Welch                           Telephone: (312) 499-6000
  Tex. Bar. No. 24138184                      Facsimile: (312) 499-6100
  pwelch@jw.com
  100 Congress Ave., Ste 11000                Matthias A. Kamber
  Austin, TX 78701                            Cal. Bar No. 232147
  Telephone: (512) 236-2295                   matthiaskamber@paulhastings.com
  Facsimile: (512) 236-2002                   101 California Street, 48th Floor
                                              San Francisco, CA 94111
                                              Telephone: (415) 856-7000
                                              Facsimile: (415) 856-7100

                                              Andrea P. Roberts
                                              Cal. Bar No. 228128
                                              andrearoberts@paulhastings.com
                                              1117 S. California Avenue
                                              Palo Alto, CA 94304
                                              Telephone: (650) 320-1800
                                              Facsimile: (650) 320-1900

                                              Robert R. Laurenzi
                                              N.Y. Bar No. 3024676
                                              robertlaurenzi@paulhastings.com
                                              200 Park Avenue
                                              New York, NY 10166
                                              Telephone: (212) 318-6000
                                              Facsimile: (212) 319-4090


                                              Elizabeth L. Brann (*pro hac vice*)
                                              Cal Bar No. 222873
                                              Ariell N. Bratton
                                              Cal. Bar No. 317587
                                              ariellbratton@paulhastings.com
                                              4655 Executive Drive, Suite 350
                                              San Diego, CA 92121

Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Stephanie Adamakos
D.C. Bar No. 1718981
stephanieadamakos@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

*Attorneys for Defendant*
*GOOGLE LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, the undersigned certifies that on May 27, 2026, all counsel of record who have appeared in this case and have consented to electronic service, were served with the foregoing document via the Court's CM/ECF system.

*/s/ Robert W. Unikel*
Robert W. Unikel

-3-